■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AUBREY K. PRESTON, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Queens County (Agresta, J.), rendered September 8, 1977, convicting him of resisting arrest, upon a plea of guilty, and imposing sentence. Judgment affirmed. We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious grounds which could be raised on this appeal. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; cf. *People v Gonzalez,* 47 NY2d 606). Damiani, J. P., Mangano, Thompson and Boyers, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERBERT RILEY, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Pizzuto, J.), rendered July 10, 1981, convicting him of robbery in the first degree (three counts) and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence. Judgment affirmed. While we find the court's statement that "[t]here is no procedure whereby a juror can, during the course of a trial, if he has a question about something, raise the question" to be erroneous (see *People v Knapper,* 230 App Div 487), the error was not preserved for review and reversal is not warranted. We have examined defendant's other contentions and find them to be without merit. Lazer, J. P., O'Connor, Brown and Rubin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KERRY ROCHE, Appellant. — Appeal by defendant from a judgment of the County Court, Westchester County (Marasco, J.), rendered January 11, 1982, convicting him, upon a plea of guilty, of operating a motor vehicle while in an intoxicated condition, as a felony, and imposing sentence. Judgment affirmed. We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; cf. *People v Gonzalez,* 47 NY2d 606). Titone, J. P., Gulotta, Weinstein and Bracken, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDDY VALDEZ, Appellant. — Judgment of the County Court, Suffolk County (Floyd, J.), rendered March 5, 1982, affirmed. No opinion. This case is remitted to the County Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Damiani, J. P., Mangano, Thompson and Boyers, JJ., concur.